Good afternoon,

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

4/2/2015 1:45:31 PM

CATHY S. LUSK
Clerk

Miko Parks

12-15-00043-CR

2014-0129


Ryan Deaton would only like my portions of this appeal. 4/29/2014 and 5/24/2104.  Jerry Poole does not have any part of this appeal to turn in.


Thank you

Whitney Madison

4/2/2015